___FILED ___RECEIVED
___ENTERED ___SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 25 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:___________DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>LUIS ANGEL VICENTE MARTIN GUDIEL,<br>Defendant. | 2:18-cr-00148-JCM-PAL-1<br>**ORDER** |

On May 25, 2018, this Court granted defendant's Motion to Replace Attorney and for Exemption of Local Rule 11-6(a) (ECF No. 22), as stated on the record. Accordingly,

**IT IS HEREBY ORDERED** that **Michael J. Miceli** is APPOINTED as counsel for LUIS ANGEL VICENTE MARTIN GUDIEL in place of the Federal Public Defender's Office for all future proceedings.

The Federal Public Defender's Office shall forward the file to Mr. Miceli forthwith.

DATED this 25th day of May, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE