DAYLE ELIESON
United States Attorney
District of Nevada
ELHAM ROOHANI
Nevada Bar No. 12080
Assistant United States Attorneys
501 Las Vegas Blvd So., Ste. 1100
Las Vegas, NV 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6020

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-148-JCM-PAL |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION TO UNSEAL SEARCH WARRANTS** |
| vs. | |
| LUIS ANGEL VICENTE MARTIN GUDIEL, | |
| Defendant. | |

The parties, by and through the undersigned, respectfully request that the Court unseal the following search and seizure warrants that were issued as part of the investigation in this case. The parties are seeking to unseal the warrants so that the Government may produce the search warrants and the accompanying returns in discovery, or may make the material available for review under the applicable statutes.

The search and seizure warrants the parties are seeking to unseal are:

| Case Number | Caption | Date Issued |
|---|---|---|
| 2:18-mj-349-PAL | In the matter of search of information associated with Facebook account stored at premises controlled by Facebook Corporation: www.facebook.com/lightformers | March 26, 2018 |
| 2:18-mj-350-PAL | In the matter of search of information associated with Facebook account stored at premises controlled by | March 26, 2018 |

| | | |
|---|---|---|
| | Facebook Corporation: www.facebook.com/[VICTIMNAME] | |
| 2:18-mj-352-PAL | In re application of the United States of America for an order pursuant to 18 U.S.C. § 2703(d) directing New Cingular Wireless PCS, LLC to provide historical call and cell-site location and records related to telephone number [OMITTED] | March 26, 2018 |
| 2:18-mj-407-NJK | In the matter of the search of the body of Luis Angle Vincente Martin Guidel [DOB & SSN OMITTED], presently located at the Nevada Southern Detention Center | April 11, 2018 |
| 2:18-mj-408-NJK | In the matter of the search of iPhone Cell Phone, Model: A1522 Bearing IMEI 355877064146931 | April 11, 2018 |
| 2:18-mj-409-NJK | In the matter of the search of iPhone Cell Phone, Model: A1778 Bearing IMEI 356559089563618 | April 11, 2018 |
| 2:18-mj-413-NJK | In the matter of the search of black GMC Truck, VIN 2GTEC19VX11154321, bearing Arizona license plate CAB1107 | April 11, 2018 |

Respectfully submitted,

For the United States:                                    For the Defense:

DAYLE ELIESON
United States Attorney

　　//s//                                                        //s//
_____              _____
ELHAM ROOHANI                                MICHAEL MICELI, ESQ.
Assistant United States Attorney         Attorney for the Defendant

**IT IS SO ORDERED:**

_____              June 6, 2018
United States Magistrate Judge          _____
                                                             Date