DAYLE ELIESON
United States Attorney
District of Nevada
ELHAM ROOHANI
Nevada Bar No. 12080
Assistant United States Attorneys
501 Las Vegas Blvd So., Ste. 1100
Las Vegas, NV 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6020

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-148-JCM-PAL |
| Plaintiff, | **UNOPPOSED MOTION TO UNSEAL 2703 APPLICATION** |
| vs. | |
| LUIS ANGEL VICENTE MARTIN GUDIEL, | |
| Defendant. | |

The parties, by and through the undersigned, respectfully request that the Court

unseal the following application that was issued as part of the investigation in this

case. The parties are seeking to unseal the application so that the Government may

produce the application and the accompanying returns in discovery, or may make the

material available for review under the applicable statutes.

The application the parties are seeking to unseal is:

…

…

…

…

…

1

| Case Number | Caption | Date Issued |
|---|---|---|
| 2:18-mj-351-PAL | In re application of the United States of America for an order pursuant to 18 U.S.C. § 2703(d) directing New Cingular Wireless PCS, LLC to provide historical call and cell-site location and records related to telephone number [ending in 1618] | March 26, 2018 |

Respectfully submitted,
For the United States:                                  For the Defense:

DAYLE ELIESON
United States Attorney


      //s//                                                          //s//

_____          _____
ELHAM ROOHANI                                     MICHAEL MICELI, ESQ.
Assistant United States Attorney               Attorney for the Defendant


**IT IS SO ORDERED:**



_____          June 11, 2018
United States Magistrate Judge                _____
                                                                   Date

2