# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00148-JCM-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 49) |
| LUIS MARTIN-GUIDEL, | |
| Defendant. | |

Pending before the Court is Defendant Luis Martin-Guidel's motion for court order allowing him to see an orthodontist. Docket No. 49. The motion was filed *ex parte* but provides no explanation as to why it needs to be filed as such. *Id*. The Court can discern no reason why the motion should remain *ex parte*.

Accordingly, the Court **INSTRUCTS** the Clerk's office to remove the *ex parte* designation to this motion and to serve it via CM/ECF on the assigned Assistant United States Attorney. The Court **ORDERS** that a response to the motion shall be filed no later than May 10, 2019, and any reply shall be filed no later than May 13, 2019.

IT IS SO ORDERED.

DATED: May 8, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE