# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LUIS MARTIN-GUIDEL,<br><br>    Defendant. | Case No.: 2:18-cr-00148-JCM-NJK<br><br>**ORDER**<br><br>(Docket Nos. 53, 54) |

On May 10, 2019, the United States filed under seal two exhibits as part of its response to a motion filed by Defendant. Docket Nos. 53, 54. The United States filed the exhibits under seal and without complying with the Court's clear rules for such filings. LR IA 10-5.

No later than May 16, 2019, counsel must file either a motion to seal these documents that complies fully with the Court's local rules and applicable caselaw or a motion to unseal the documents.

IT IS SO ORDERED.

DATED: May 15, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE