# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00148-JCM-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 59) |
| LUIS MARTIN-GUIDEL, | |
| Defendant. | |

Pending before the Court is the United States' motion to seal its exhibits to its response to Defendant's motion to see an orthodontist. Docket No. 59. The United States submits that the exhibits contain Defendant's personal identifying information and sensitive medical information. *Id.* at 2.

Accordingly, the Court **GRANTS** the United States' motion. Docket No. 59. The exhibits at Docket Nos. 53 and 54 shall remain under seal.

IT IS SO ORDERED.

DATED: May 15, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1