NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
ELHAM ROOHANI
Nevada Bar No. 12080
501 Las Vegas Boulevard South; Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Elham.Roohani@usdoj.gov
*Attorney for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| United States Of America,<br>Plaintiff,<br><br>vs.<br><br><br>Luis Angel Vicente Martir Gudiel,<br><br>Defendant. | ) Case No. 2:18-cr-148-JCM<br>)<br>) **Stipulation To Continue Sentencing**<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY STIPULATED AND AGREED by and between, Nicholas A. Trutanich, United States Attorney, District of Nevada, Elham Roohani, Assistant United States Attorney, representing the United States of America, and Michael Miceli, Esq., representing the Defendant Luis Angel Vicente Martir Gudiel that the sentencing in the above captioned case, which is currently scheduled for September 4, 2019 at 10:00 am, be continued at least 60 days to a date and time convenient to this Court.

1.  Government counsel needs additional time to obtain the victim impact statement from the live victim in this case for the Court's consideration and to afford the victim her rights under the Crime Victim's Rights Act. This includes facilitating her presence at sentencing if she so requests, and obtaining restitution due to her.

1

2. Defense counsel needs additional time to obtain mitigation evidence for the Court's consideration.

3. The defendant is incarcerated but does not object to the continuance.

4. This continuance is not sought for purposes of delay, but to allow for adequate time to prepare for sentencing.

5. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy resolution to this case.

6. The additional time requested by this stipulation is excludable in computing the time pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161 (h)(7)(A), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (ii), and (iv).

DATED this 29th day of August, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

    /s/                                                      /s/
ELHAM ROOHANI                          MICHAEL MICELI
Assistant United States Attorney          Counsel for Defendant

1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**-oOo-**

7   United States Of America,                    )    Case No.  2:18-cr-148-JCM
                        Plaintiff,                )

8                                                 )    **Findings and Order on Stipulation**
                                                  )
      vs.                                         )

9                                                 )
                                                  )

10    Luis Angel Vicente Martir Gudiel,           )
                                                  )

11                        Defendant.              )

12

13    Based on the pending Stipulation between the defense and the government, and good

14    cause appearing therefore, the Court hereby finds that:

15    1.    Government counsel needs additional time to obtain the victim impact statement

16          from the live victim in this case for the Court's consideration and to afford the victim

17          her rights under the Crime Victim's Rights Act. This includes facilitating her presence

18          at sentencing if she so requests, and obtaining restitution due to her.

19    2.    Defense counsel needs additional time to obtain mitigation evidence for the Court's

20          consideration.

21    3.    The defendant is incarcerated but does not object to the continuance.

22    4.    This continuance is not sought for purposes of delay, but to allow for adequate time

23          to prepare for sentencing.

24

5. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy resolution to this case.

6. The additional time requested by this stipulation is excludable in computing the time pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161 (h)(7)(A), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (ii), and (iv).

THEREFORE, IT IS HEREBY ORDERED that the sentencing in the above-captioned matters currently scheduled for September 4, 2019, respectfully, be vacated and continued to a date and time convenient to this court, that is November 5, 2019 at 10:00 a.m.

DATED August 30, 2019.

_____
HONORABLE JAMES C. MAHAN
United States District Court Judge

4